Cary Kletter (SBN 210230)
Sally Trung Nguyen (SBN 267275)
KLETTER LAW FIRM
1900 S. Norfolk Street, Suite 350
San Mateo, California 94403
Telephone: 415.434.3400

Attorneys for Plaintiff
EDWARD CASTILLO

Phillip J. Eskenazi (SBN 158976)
Jason J. Kim (SBN 221476)
HUNTON & WILLIAMS LLP
550 S. Hope Street, Suite 2000
Los Angeles, CA 90071-2627
Tel: 213.532.2000

Attorneys for Defendant
LOWE'S HIW, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD CASTILLO, individually and on behalf of all other similarly situated persons, on behalf of the People of the State of California, and on behalf of the California Labor and Workforce Development Agency,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LOWE'S HIW, INC.; and DOES 1 THROUGH 20,<br><br>                    Defendants. | CASE NO.  13-cv-04590 TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION AND TO DISMISS CLASS AND REPRESENTATIVE CLAIMS**<br><br>**Date**:       November 18, 2013<br>**Time:**      10:00 a.m.<br>**Courtroom:**  2, 17th Floor<br><br>Action filed:   August 26, 2013 |

        Plaintiff EDWARD CASTILLO ("Plaintiff") and Defendant LOWE'S HIW, INC. ("Defendant") hereby stipulate as follows:

        WHEREAS Defendant filed a Motion to Compel Arbitration and to Dismiss Class and

Representative Claims (the "Motion") in this action set to be heard on November 18, 2013;

WHEREAS due to the unavailability of Plaintiff's counsel on November 18, 2013, counsel for all parties have agreed to continue the hearing date on the Motion to November 25, 2013 at 10:00 a.m.;

WHEREAS the parties will not be prejudiced by continuing the hearing;

IT IS HEREBY STIPULATED AND AGREED THAT:

The hearing on the Motion be continued from November 18, 2013 to November 25, 2013.

Dated: October 30, 2013                      KLETTER LAW FIRM, LLP


By:  /s/_____
     Cary Kletter
     Sally Trung Nguyen
     Attorney for Plaintiff


Dated: October 30, 2013                      HUNTON & WILLIAMS LLP


By:  /s/_____
     Phillip J. Eskenazi
     Jason J. Kim
     Attorney for Defendant


## ORDER

WHEREAS all parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Compel Arbitration and to Dismiss Class and Representative Claims be continued from November 18, 2013 to November 25, 2013 at 10:00 a.m.

IT IS SO ORDERED.

DATED: ____11/04/2013_____          _____
                                       Hon. Thelton E. Henderson
                                       United States District Judge