IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD CASTILLO, individually and on behalf of all other similar situated persons, on behalf of the People of the State of California, and on behalf of the California Labor and Workforce Development Agency,

    Plaintiffs,

v.

LOWE'S HIW, INC., and DOES 1 through 20,

    Defendants.

NO. C13-4590 TEH

<u>ORDER RE: UNREDACTED DOCUMENT</u>

In considering Defendant's motion to compel arbitration and to dismiss class and representative claims, the Court discovered that one document submitted by Defendant in support of its motion contains personal identifying information in violation of Federal Rule of Civil Procedure 5.2.

With good cause appearing, the Clerk shall immediately remove from the electronic case filing ("ECF") system the document associated with Docket No. 9-1. Defendant shall electronically file a redacted version of this document no later than **November 22, 2013**. Defendant shall ensure that all other documents filed in the case – including the redacted document – fully comply with the privacy protection provisions of Federal Rule of Civil Procedure 5.2.

**IT IS SO ORDERED.**

Dated: 11/20/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT