UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD CASTILLO,

    Plaintiff,

  v.

LOWE'S HIW, INC.,

    Defendant.

Case No. 13-cv-04590-TEH

**ORDER GRANTING REQUEST FOR EXTENSION FOR ORDER OF DISMISSAL**

    Plaintiff Edward Castillo ("Plaintiff") and Defendant Lowe's HIW, Inc. ("Defendant"), by their counsel, advised the Court that the parties entered into a settlement of this cause. On January 28, 2014, the Court dismissed the cause with prejudice, provided that if any party certified to the Court within thirty (30) days from the date of the order that consideration for said settlement had not been delivered over, the Court would vacate the order of dismissal and restore the cause for trial. On February 27, 2014, Plaintiff requested an extension of time until March 10, 2014, as the parties had not yet completed the processing of their obligations with regard to the resolution. The Court GRANTS this extension.

    IT IS HEREBY ORDERED that this cause be dismissed with prejudice, provided that no party certifies to this Court, with proof of service of a copy to opposing counsel, on or before **March 10, 2014,** that the agreed consideration for settlement has not been delivered over.

**IT IS SO ORDERED.**

Dated: 02/27/14

_____
THELTON E. HENDERSON
United States District Judge